UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE WILSON,

        Plaintiff(s),

   v.

CITY OF OAKLAND,

        Defendant(s).
_____/

No. C-11-05377 (DMR)

**ORDER**

The court hereby ORDERS Defendant City of Oakland to file its proofs of service for its pending Motion to Dismiss and related documents [Docket Nos. 16, 19] by January 31, 2012.

IT IS SO ORDERED.

Dated: January 30, 2012

IT IS SO ORDERED

DONNA M. RYU
United States Magistrate Judge