United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wilson,<br><br>        Plaintiff(s),<br><br>    v.<br><br>City of Oakland, *et al.*,<br><br>        Defendant(s).<br>_____/ | No. C-11-05377 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for February 22, 2012 has been CONTINUED to **February 23, 2012 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: February 13, 2012

DONNA M. RYU
United States Magistrate Judge